UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL MORGAN,<br><br>        Plaintiff,<br><br>    v.<br><br>RESURGENT CAPITAL SERVICES L.P.,<br>and LVNV FUNDING LLC,<br><br>        Defendants. | Case No.  1:26-cv-03924-KES-HBK<br><br>ORDER GRANTING MOTION TO<br>PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No.  2) |

Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.   The Court will screen plaintiff's pro se complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated:    May 26, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE